

```
1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of Canada. | No. 17 MJ02667<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JOHN J. LULEJIAN<br><br>**(UNDER SEAL)** |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Lulejian, hereby applies ex parte for an order that the following materials, lodged herewith, be filed under seal: (1) Complaint for Arrest Warrant and Extradition (18 U.S.C. § 3184) and Exhibit; (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this ex parte application and supporting Declaration.

\\
\\
\\
\\

This *ex parte* application is based upon the attached Declaration of John J. Lulejian

DATED: October 26, 2017            Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Complainant
UNITED STATES OF AMERICA

**DECLARATION OF JOHN J. LULEJIAN**

I, John J. Lulejian, declare as follows:

1. I am an Assistant United States Attorney and have been assigned to represent the government in the Matter of the Extradition of BANI SOLORZANO ("SOLORZANO"), a fugitive from the Government of Canada. I make this declaration in support of the government's Ex Parte Application for Order Sealing Documents.

2. The government respectfully requests leave to file the following documents under seal until further order of the Court: (1) Complaint for Arrest Warrant and Extradition (18 U.S.C. § 3184) and Exhibit; (2) [Proposed] Order Thereon; (3) Arrest Warrant; and (4) this ex parte application and supporting Declaration. The government seeks under seal filing because the complaint and attached exhibit contain personal and identifying information about the minor victim. Following SOLORZANO's arrest, the government will file a redacted version of the documents for the public record.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of October, 2017, at Los Angeles, California.

JOHN J. LULEJIAN