SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail: John.Lulejian@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of Canada. | No. 17MJ02667<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>(UNDER SEAL) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. The documents sought to be filed under seal SHALL BE FILED UNDER SEAL. The government may produce the underlying documents as permitted or required by applicable law.

10/26/2017
DATE

UNITED STATES MAGISTRATE JUDGE

JEAN P. ROSENBLUTH

Respectfully presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney