# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 17MJ 02667 |
| BANI SOLOKZANO DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as N/A.

1. Date and time of arrest: 10/27/2017  10:00  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked:
   18 USC 3184   EXTRADITION
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☒ No  ☐ Unknown
6. Interpreter Required: ☐ No  ☒ Yes: SPANISH (Language)
7. Year of Birth: 1988
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: 10/27/2017
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services? ☐ No
    ☐ If yes, please list Officer's Name: N. Smith  Time: 11:31 AM/☒ PM
14. Remarks (if any): _____

15. Date: 10/27/2017
16. Name: DANIEL DONOSO (Please Print)
17. Agency: USMS
18. Signature: _____
19. Office Phone Number: 213 305-1755

CR-64 (06/09)                REPORT COMMENCING CRIMINAL ACTION