UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Western Division | UNDER SEAL |
|---|---|---|
| vs.<br><br>Bani Solorzano | Case Number: 2:17-MJ-02667<br>Initial App. Date: 10/27/2017<br>Initial App. Time: 2:00 PM | Extradition<br>Custody |
| Defendant. | Date Filed: 10/26/2017<br>Violation: 18 USC 3184<br>CourtSmart/ Reporter: _OS 10-27-17_ | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Patrick J. Walsh | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Martinez, Isabel / *Deputy Clerk*    John Lulejian / *Assistant U.S. Attorney*    ~~Spanish~~ / *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☐ removal hearing / Rule 20

☒ Defendant states true name ☐ is as charged ☐ is ___Bani Solorzano___

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.

☒ Attorney: Andre Townsend, DFPD ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: ___

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge ___ for the setting of further proceedings.
☐ Preliminary Hearing set for ___ at 4:30 PM ___
☐ PIA set for: ___ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ___ District of ___
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  ☐ Warrant of removal and final commitment are ordered stayed until ___
☒ Case continued to (Date) _11/16/17_ (Time) _10:30_ AM/PM
  Type of Hearing _Status / Detn_ Before Judge _Walsh_ Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom ___ ☐ Judge's Courtroom _790_

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: ___
☐ Other: ___

☐ PSA ☐ USPO    ☐ FINANCIAL    ☐ READY
Deputy Clerk Initials _IM_