UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 17 MJ 02667          CourtSmart CS 11/06/17          Date: 11/06/17

Present: The Honorable Patrick J. Walsh, U.S. Magistrate Judge

| Shea Bourgeois | John Lulejian | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

USA v. BANI SOLORZANO

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Andre Townsend

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
    ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $ _____.**    ☐ SEE ATTACHED COPY OF CR-01 BOND FORM
    **FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
    Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in
    Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☑ Other: Documents #5 to remain sealed. Counsel will file a redacted version of the complaint.

**PROCEEDINGS:  REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
           ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's   Defendant's request for review / reconsideration of bail / detention order had and request is:
           ☐ GRANTED    ☐ DENIED
Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $ _____**
    ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
    ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
    before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____           : 30

Deputy Clerk Initials  SB