# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES -- GENERAL

Case No.    17 MJ 2667                                    Dated: November 9, 2017

===============================================================

PRESENT:  HONORABLE PATRICK J. WALSH, U.S. MAGISTRATE JUDGE

| Isabel Martinez | N/A | John J. Lulejian |
|---|---|---|
| Courtroom Deputy | Court Recorder | Asst. U.S. Attorney |
| | | Not Present |

===============================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)    Bani Solorzano (in custody)          1)    Andre Townsend, DFPD
      Not Present                                Not Present

_____

**PROCEEDINGS:**        **(In Chambers)**

Before the Court is a stipulation by the parties to seal the Complaint and a Proposed Order.  The request is denied.  The stipulation does not set forth any justification for sealing.  During a prior hearing on the matter, counsel explained that sealing certain parts of the Complaint was necessary because the victim in the sexual assault case was a minor and had been identified in the Complaint.  Counsel represented at the hearing that the Complaint would be redacted and a redacted version would be filed.  The stipulation makes no mention of that proposal.

There is a presumption that all filings in this Court are public.  Though that presumption can be overcome in exceptional circumstances, even accepting counsel's representation at the hearing, the parties have not established exceptional circumstances for sealing the entire Complaint.  As such, their request to do so is denied.

No later than November 17, 2017, the parties are ordered to provide justification for sealing the entire Complaint or file a redacted version of the Complaint, redacting those portions which the law prohibits from being filed publicly.

The Complaint will remain under seal until further order of the Court.  The financial affidavit is ordered filed under seal.

S:\PJW\Cases-Criminal\Solorzano\MO_Stp to Unseal.wpd

MINUTES FORM 6                                    Initials of Deputy Clerk __IM__
CRIM -- GEN