SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:   John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of the Canada. | No. 17-02667 M<br><br>STIPULATION TO UNSEAL DOCKET |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Lulejian, and fugitive BANI SOLORZANO, by and through his counsel of record, Deputy Federal Public Defender Andre Townsend, hereby stipulate as follows:

    1.    The docket in the above-captioned case currently is sealed.

    2.    Accordingly, the parties stipulate that:

        a.    The docket in this case should be unsealed and become a public docket.

        b.    The following documents should remain sealed:

            i.    No. 1 (Complaint and Exhibits); and

          ii.   No. 5 (Financial Affidavit).

     c.   The remaining matters on the docket in the above-captioned case should be unsealed.

IT IS SO STIPULATED.

November 6, 2017　　　　　s/ John J. Lulejian
Date　　　　　　　　　　　　JOHN J. LULEJIAN
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　UNITED STATES OF AMERICA

November 6, 2017　　　　　s/ Andre Townsend (authorized by e-mail)
Date　　　　　　　　　　　　ANDRE TOWNSEND
　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　Attorney for Fugitive
　　　　　　　　　　　　　　BANI SOLORZANO

```
1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF BANI SOLORZANO, A Fugitive from the Government of Canada. | No. 17-02667 M<br><br>[PROPOSED] ORDER UNSEALING DOCKET |
|---|---|

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The docket in this case SHALL BE UNSEALED and become a public docket.

2. The following documents SHALL REMAIN SEALED:

    a. No. 1 (Complaint and Exhibits); and

    b. No. 5 (Financial Affidavit).

\\
\\
\\
\\

3.  The remaining documents on the docket SHALL BE UNSEALED.

IT IS SO ORDERED.

_____                    _____
Date                                   HONORABLE PATRICK J. WALSH
                                       Chief United States Magistrate Judge

Presented by:

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney