SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
2017 NOV 16  PM 12: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

BANI SOLORZANO,

A Fugitive from the Government of Canada.

No. 17-02667 M

STIPULATION TO SCHEDULE EXTRADITION HEARING AND SET BRIEFING SCHEDULE

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Lulejian, and relator BANI SOLORZANO ("SOLORZANO"), by and through his counsel of record, Deputy Federal Public Defender Andre Townsend, respectfully request this Court to schedule the extradition hearing for January 23, 2018, at 2:00 p.m. The parties further request this Court to set the following briefing schedule:

    1.   The government must file its Request for Extradition and Memorandum in Support of Extradition on or before December 1, 2017;

    2.   SOLORZANO must file his opposition to the government's Request for Extradition on or before December 29, 2017; and

    3.    The government must file its Reply Memorandum on or before January 16, 2018.

    This request is supported by the following reason:

    1.    At the November 6, 2017, the Court instructed the parties to meet and confer and propose a date for an Extradition Hearing and briefing schedule. Pursuant to the Court's instructions, the parties have done so and propose the above date and schedule.

    2.    SOLORZANO needs time to prepare his appeal of the Court's November 6, 2017, decision to detain him pending extradition.

IT IS SO STIPULATED.

November 16, 2017  
Date

s/ *John J. Lulejian*  
JOHN J. LULEJIAN  
Assistant United States Attorney  
Attorney for Plaintiff  
UNITED STATES OF AMERICA

November 16, 2017  
Date

s/ *Andre Townsend (authorized by e-mail)*  
ANDRE TOWNSEND  
Deputy Federal Public Defender  
Attorney for Relator  
BANI SOLORZANO