SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of Canada. | No. 17-02667 M<br><br>[~~PROPOSED~~] ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |
|---|---|

    HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

    1.    The Extradition Hearing SHALL BE SCHEDULED FOR January 23, 2017, at 2:00 p.m.;

    2.    The government SHALL file its Request for Extradition and Memorandum in Support of Extradition on or before December 1, 2017;

    3.    Relator BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before December 29, 2017; and

\\
\\
\\
\\

4. The government SHALL file its Reply Memorandum on or before January 16, 2018.

IT IS SO ORDERED.

Date 11/16/17

JOHN E. MCDERMOTT
~~HONORABLE PATRICK J. WALSH~~
~~CHIEF~~ UNITED STATES MAGISTRATE JUDGE

Presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney