FILED

1   SANDRA R. BROWN
    Acting United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
4   Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:   John.Lulejian@usdoj.gov

8   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
9
                    UNITED STATES DISTRICT COURT
10
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

2017 NOV 16  PM 12: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

12  | IN THE MATTER OF THE          | No. 17-02667 M
    | EXTRADITION OF                |
13  |                               | RENEWED STIPULATION TO
    | BANI SOLORZANO,               | UNSEAL DOCKET
14  |
    | A Fugitive from the Government
15  | of the Canada.

16      Plaintiff United States of America, by and through its counsel

17  of record, the United States Attorney's Office for the Central

18  District of California and Assistant United States Attorney

19  John J. Lulejian, and fugitive BANI SOLORZANO, by and through his

20  counsel of record, Deputy Federal Public Defender Andre Townsend,

21  hereby stipulate as follows:

22      1.   The docket in the above-captioned case currently is sealed.

23      2.   Accordingly, the parties stipulate that:

24          a.   The docket in this case should be unsealed and become

25  a public docket.

26          b.   The Complaint and Exhibits (Document No. 1) should

27  remained sealed for the reasons set forth below.

28

1          c.    The remaining matters on the docket in the above-

2   captioned case, with the exception of the Financial Affidavit (docket

3   No. 5), should be unsealed.

4       This request is supported by the following reasons:

5       1.    On October 26, 2017, the government filed a Complaint for

6   Arrest Warrant and Extradition for the fugitive (Docket No. 1).

7   Attached to the Complaint were the original documents from the

8   United States Department of State, which included information about

9   the child victim, as well as personal information about the fugitive.

10  To justify sealing the Complaint, on October 26, 2017, the government

11  filed an Ex Parte Application to Seal Documents (Docket No. 3.)  On

12  that same day, United States Magistrate Judge Jean P. Rosenbluth

13  granted the ex parte application.

14      2.    At the November 6, 2017, detention hearing, the government

15  orally requested that the Court unseal the docket, but continue to

16  seal the Complaint and fugitive's financial affidavit.  Counsel for

17  the government represented that "sealing certain parts of the

18  Complaint was necessary because the victim in the sexual assault case

19  was a minor and had been identified in the Complaint."  (Docket No.

20  14.)  When the Court expressed concern about the continued sealing of

21  a public document, the government promised the Court that it promptly

22  would file a redacted complaint, which would be available for public

23  viewing.

24      3.    On November 7, 2017, the government filed a Redacted

25  Complaint for Arrest Warrant and Extradition (Docket No. 13).  On

26  that same day, the government, on behalf of the parties, filed a

27  Stipulation to Unseal Docket (Docket No. 14).  As the Court correctly

28  pointed out in its November 9, 2017, criminal minutes in which it

1  denied the proposed order to unseal the docket, the parties did not

2  include a justification to keep the Complaint sealed.  The parties

3  erroneously did not include this justification, as they believed that

4  the government had overcome the presumption against unsealing

5  documents by its representations to the Court the day before during

6  oral argument.

7       4.   The parties acknowledge their error and respectfully

8  request that the Complaint and the original exhibits from the United

9  States Department of State (Docket No. 1) be kept under seal.  The

10 parties believe that the privacy requirements of Federal Rule of

11 Civil Procedure 5.2 and Federal Rule of Criminal Procedure 49.1, the

12 minor crime victim's right "to be treated with fairness and respect

13 for the victim's dignity and privacy," 18 U.S.C. § 3771(a)(8), and

14 the fact that a Redacted Complaint (Docket No. 13) is available to

15 the public satisfy the exceptional circumstances necessary to

16 overcome the presumption that all filings in Court are public.

17      IT IS SO STIPULATED.

18

19 November 16, 2017         s/ John J. Lulejian
   Date                      JOHN J. LULEJIAN
20                           Assistant United States Attorney
                             Attorney for Plaintiff
21                           UNITED STATES OF AMERICA

22

23 November 16, 2017         s/ Andre Townsend (authorized by e-mail)
   Date                      ANDRE TOWNSEND
24                           Deputy Federal Public Defender
                             Attorney for Fugitive
25                           BANI SOLORZANO

26

27

28