```
SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of Canada. | No. 17-02667 M<br><br>[~~PROPOSED~~] ORDER UNSEALING DOCKET |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1.  The docket in this case SHALL BE UNSEALED and become a public docket.

2.  The following Complaint and accompanying exhibits (Docket No. 1) SHALL REMAIN SEALED.

\\
\\
\\
\\
\\
\\

3.   The remaining documents on the docket, except for the Financial Affidavit (Docket No. 5), SHALL BE UNSEALED.

IT IS SO ORDERED.

Date 11/16/17

JOHN E. MCDERMOTT
~~HONORABLE PATRICK J. WALSH~~
~~Chief~~ United States Magistrate Judge

Presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney