SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A Fugitive from the Government of Canada. | No. 17-02667 M<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's Unopposed <u>Ex Parte</u> Application Sealing Document is GRANTED. The Clerk of the Court IS DIRECTED TO SEAL the Redacted Complaint (Docket No. 13) in the above-captioned case.

12/1/17
Date

_(signature)_
HONORABLE PATRICK J. WALSH
Chief United States Magistrate Judge

Presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney