HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
Deputy Federal Public Defender
(E-Mail: Andre_Townsend@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
BANI SOLORZANO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | No. 17-02667M<br><br>STIPULATION TO SCHEDULE EXTRADITION HEARING AND SET BRIEFING SCHEDULE |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Lulejian, and Relator, BANI SOLORZANO ("SOLORZANO"), by and through his counsel of record, Deputy Federal Public Defender Andre J. Townsend, respectfully request this Court to continue the extradition hearing from January 23, 2018 at 2:00 p.m. to February 20, 2018, at 2:00 p.m. The parties further request this Court to set the following briefing schedule:

//

//

1. Mr. SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before <u>January 30, 2018</u>; and

2. The government SHALL file its Reply Memorandum on or before <u>February 13, 2018</u>.

This request is supported by the following reasons:

3. Between November 1, 2017 and November 29, 2017, defense counsel prepared for the trial of *United States v. Briano*, 15-85-SVW, a mandatory minimum drug and firearm case, which concluded on November 29, 2017.

4. Between December 13, 2017 and January 3, 2017, defense counsel engaged in post-conviction motion practice for the case of United States v. Briano. The motions hearing is currently scheduled for January 22, 2017.

5. Between December 13, 2017 and December 19, 2017, defense counsel prepared to represent Mr. Edwin Quale in the trial of *United States v. Quale*, CVB No. CC11: 6435503, 6535504, 6770911, 677912, 6770913, which commenced and concluded on December 19, 2017.

6. Defense counsel needs additional time to prepare his appeal of the Court's November 6, 2017, decision to detain him pending extradition.

**7.** And defense counsel needs additional time to prepare his response to the government's memorandum in support of extradition.

IT IS SO STIPULATED

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: January 12, 2018   By  */s/ Andre J. Townsend*
ANDRE J. TOWNSEND
Deputy Federal Public Defender

SANDRA R. BROWN
Acting United States Attorney

DATED: January 12, 2018   By  */s/ John J. Lulejian (e-mail authorization)*
John J. Lulejian
Assistant United States Attorney

3