HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANDRE J. TOWNSEND (Bar No. 310684)
Deputy Federal Public Defender
(E-Mail: Andre_Townsend@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1730
Facsimile: (213) 894-0081

Attorneys for Defendant
BANI SOLORZANO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BANI SOLORZANO,<br><br>A fugitive from the Government of Canada. | No. 17-02667M<br><br>[PROPOSED] ORDER SCHEDULING EXTRADITION HEARING AND SETTING BRIEFING SCHEDULE |

HAVING CONSIDERED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby ORDERS as follows:

1. The Extradition Hearing SHALL BE SCHEDULED FOR February 20, 2018, at 2:00 p.m.;

2. Mr. BANI SOLORZANO SHALL file his opposition to the Government's Request for Extradition on or before January 30, 2018; and

3. The government SHALL file its Reply Memorandum on or before February 13, 2018.

IT IS SO ORDERED.

____________________ ____________________________________

Date

HONORABLE PATRICK J. WALSH
CHIEF UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s Andre J. Townsend*
ANDRE J. TOWNSEND
Deputy Federal Public Defender